WELLINGTON H. ALLEN *vs.* THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY.

Second Judicial District.
Argued May 7th—decided June 13th, 1912.

ACTION to recover damages for personal injuries alleged to have been caused by the defendant's negli-

gence, brought to the Superior Court in New London County and tried to the jury before *Ralph Wheeler, J.;* verdict for the plaintiff for $3,000 which the trial court, on motion of the defendant, set aside, and ordered a new trial, from which action the plaintiff appealed. *No error.*

*Donald G. Perkins,* with whom was *George Curtis Morgan,* for the appellant (plaintiff).

*Michael Kenealy,* for the appellee (defendant).

Opinion filed with the clerk of the Superior Court in New London County.